1 | James P. Watson, (SBN 46127)
  | Bruce K. Leigh (SBN 129753)
2 | STANTON, KAY & WATSON, LLP
  | 101 New Montgomery, Fifth Floor
3 | San Francisco, CA 94105
  | Telephone: (415) 512-3501
4 | Facsimile: (415) 512-3515

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-04-3984 TEH |
|---|---|
| | **DECLARATION OF BRUCE K. LEIGH AND REQUEST FOR LEAVE TO FILE SUPPLEMENTARY DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| Plaintiffs, | DATE: Monday, June 20, 2005 |
| v. | TIME: 10:00 a.m |
| R. J. HATLER CONSTRUCTION, INC., a California corporation; GERALD RAYMOND HATLER, an Individual; RANDY JAMES HATLER, an Individual; MARGARET E. ALVAREZ, an Individual; and DOES ONE through FIFTY, inclusive, | JUDGE: Senior Judge Thelton Henderson |
| | CTRM.: Courtroom 12, 19th Floor |
| Defendants. | |

I, BRUCE K. LEIGH, declare as follows:

1. I am an associate of the law firm of Stanton, Kay & Watson, LLP, counsel to plaintiffs EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS TRUST FUNDS, listed in the caption above.

2. I have personal knowledge of the following and, if called upon to testify, I would be competent to do so.

-1-
DECLARATION AND REQUEST FOR LEAVE TO FILE SUPPLEMENTARY DECLARATION

1    3. On May 31, 2005, the Court issued an order that plaintiffs file a supplementary declaration addressing questions regarding the way they calculated the flat fee liquidated damages and interest shown in attachments to the declaration of Angela Price in support of the motion for default judgment.

4. I received the court's order on May 31 and immediately faxed a copy to the collections office for the trust funds, advising that we would need to file the declarations no later than Tuesday, June 7.

5. On Friday, June 3 I reminded the trust funds collections office that we would be needing an explanation to draft into a declaration. On Monday and Tuesday the 6th and 7th I further reminded them and discussed the matter, and I prepared a draft supplementary declaration. I was advised that they were swamped with other matters and wanted to review the draft and make some changes. Thus, they were unable to finish the declaration on time. Nor were they able to do so on Wednesday, the 8th.

6. Now, on Thursday, the 9th, the collections office has finished preparing a supplementary declaration of Angela Price responding to the court's order, and I am submitting it to the court with a request that the court allow it to be filed despite failing to meet the court's deadline.

7. This is a default case. The hearing on the default judgment is calendared for June 20. A copy of the supplementary declaration and of this pleading is being served on defendants. The supplementary declaration does not increase or otherwise change the amount demanded by plaintiffs in this action, and defendants should not be prejudiced by the late filing of the supplementary declaration. They will still have notice and opportunity to respond, if they wish.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

8. Thus, we ask the court to grant leave to allow the filing of the supplementary declaration submitted herewith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 9, 2005, at San Francisco, California.

_____
Bruce K. Leigh
Attorney for Plaintiffs

## PROPOSED ORDER GRANTING LEAVE TO FILE SUPPLEMENTARY DECLARATION OF ANGELA PRICE

For the reasons stated hereinabove, finding that the late filing is excusable and will prejudice defendants, the Court hereby grants leave to allow the late filing of plaintiffs' Supplementary Declaration Of Angela Price In Support Of Motion For Default Judgment.

Date: 6/9/05                    _____
                                Senior Judge Thelton Henderson

F:\Cases\8000\8000.195 R. J. Hatler Const\PLEADINGS\Default Judgment\BKL Decl & Req Leave.doc

-3-
DECLARATION AND REQUEST FOR LEAVE TO FILE SUPPLEMENTARY DECLARATION