```
 1 | James P. Watson, (SBN 46127)
   | Bruce K. Leigh (SBN 129753)
 2 | STANTON, KAY & WATSON, LLP
   | 101 New Montgomery, Fifth Floor
 3 | San Francisco, CA 94105
   | Telephone: (415) 512-3501
 4 | Facsimile: (415) 512-3515
 5 | Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>R. J. HATLER CONSTRUCTION, INC., a California corporation; GERALD RAYMOND HATLER, an Individual; RANDY JAMES HATLER, an Individual; MARGARET E. ALVAREZ, an Individual; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.: C-04-3984 TEH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GERALD RAYMOND HATLER** |

Plaintiffs hereby voluntarily dismiss defendant GERALD RAYMOND HATLER from the action herein pursuant to FRCP Rule 41(a)(1).

DATED: June 20, 2005                    STANTON, KAY & WATSON, LLP

**IT IS SO ORDERED:**            By: _/s/ Bruce K. Leigh_
                                     Bruce K. Leigh
                                     Attorneys for Plaintiffs

_/s/ Thelton E. Henderson_   6/21/05
Thelton E. Henderson
United States District Judge

-1-
NOTICE OF DISMISSAL OF GERALD RAYMOND HATLER